IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON MURPHY,

    Plaintiff,

v.

NATIONAL EVALUATION SYSTEMS, INC.,
a Massachusetts corporation,

    Defendant.
_____/

Case No.: 5:06-CV-00110

Hon Paul L. Maloney

## NOTICE OF VOLUNTARY SUBSTITUTION OF COUNSEL

TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff Brandon Murphy substitutes Benjamin L. Cwayna as his counsel and attorney of record in this matter.

*Former Attorney*

Plaintiff Brandon Murphy's former counsel:

    Michael A. Flory (P60360)
    Flory & Associates, PLLC
    408 Wildwood Avenue
    Jackson, MI 49201
    (517) 796-8220 telephone
    (517) 796-8260 facsimile

is no longer his attorney in this matter.

*New Attorney*

Plaintiff Brandon Murphy's new counsel in this matter and new attorney of record on whom all notices and papers may be served is:

Benjamin L. Cwayna (P70266)
Great Lakes Law Center, PLLC
408 Wildwood Avenue
Jackson, MI 49201
(517) 796-8220 telephone
(517) 796-8260 facsimile

## Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

GREAT LAKES LAW CENTER, PLLC

Dated: 8-20-07    By: _Benjamin L. Cwayna_
Benjamin L. Cwayna (P70266)
Attorneys for Plaintiff
408 Wildwood Avenue
Jackson, Michigan 49201
Phone: (517) 796-8220
GreatLakesLawCenter@gmail.com

FOLEY & LARDNER LLP

Dated: 8/16/07    By: _/s/_
Raymond J. Carey (P33266)
Attorneys for Defendant
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
Telephone: (313) 234-7100
E-mail: rjcarey@foley.com

SO ORDERED.

Date: August 27, 2007    /s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge